**SARAH AMES BENEDICT, OSB #132675**
sarahbenedict@dwt.com
**MEAGAN HIMES, OSB #193787**
meaganhimes@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Attorneys for Defendant
Shriners Hospitals For Children

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROSE HOLLIS, an individual,<br><br>               Plaintiff,<br><br>    v.<br><br>SHRINERS HOSPITALS FOR CHILDREN, a corporation,<br><br>               Defendant. | Case No. 3:24-cv-01024-AN<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## LOCAL RULE 7–1 CERTIFICATION

The parties conferred on August 28, 2024, regarding the subject of this motion, and Plaintiff's counsel does not oppose Defendant's request for an extension of time.

## MOTION

Pursuant to Local Rule 16-3(a), Defendant Shriners Hospitals for Children ("Shriners Children") respectfully moves the Court for an order granting a 14-day extension of time for

Shriners Children to respond to Plaintiff's Complaint (Dkt. No. 1).  The response is currently due by September 10, 2024.[1]  This is Shriners Children's first motion for an extension of deadlines in this case.  Plaintiff's counsel does not object and has agreed Shriners Children can file this motion unopposed.

Good cause exists for the requested extension.  The undersigned counsel face preexisting deadlines and obligations in other matters—including but not limited to out-of-state deposition travel the week of September 2, a summary judgment reply deadline of September 6, and a mediation statement deadline of September 9—that give rise to their need for additional time to fully assess and respond to the Complaint.  Although Plaintiff's counsel has brought a number of prior lawsuits against Shriners Children that have been very similar to one another, the Complaint in this matter presents significant differences, including novel claims that have not yet been briefed and class action treatment.  This Complaint's novelty compounds Shriners Children's need for additional time to respond to it.

The requested 14-day extension would require Shriners Children to file its response on or before September 24, 2024.  Shriners Children makes this motion in good faith and not for the purpose of delay.

---

[1] Shriners Children's registered agent was served with the Complaint and a purported summons on August 20, 2024.  Though Shriners Children treats this process service as sufficient for purposes of this Motion, the docket does not reflect that the Court's Clerk was ever presented with or issued the Summons for service as required by Fed. R. Civ. P. 4 and LR 4-1.  The putative summons with which Shriners Children was served did not bear the Court Clerk's signature or seal as required.  Though Plaintiff similarly has yet to file any proof of service, Shriners Children proceeds on the basis that its current response deadline is 21 days following August 20, 2024, per Fed. R. Civ. P. 12(a)(1)(A)(i).

Page 2 - DEFENDANT SHRINERS CHILDREN'S UNOPPOSED MOET TO RESPOND TO COMPLAINT

4891-5185-8398v.1 0089371-000054

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax

DATED this 28th day of August, 2024.

**DAVIS WRIGHT TREMAINE LLP**

By  *s/ Sarah Ames Benedict*
    Sarah Ames Benedict, OSB # 132675
    sarahbenedict@dwt.com
    Meagan Himes, OSB #193787
    meaganhimes@dwt.com
    Telephone:  (503) 241-2300
    Facsimile:  (503) 778-5299
    Attorneys for Defendant
    Shriners Hospitals For Children

4891-5185-8398v.1 0089371-000054

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax